```
1  THOMAS P. O'BRIEN
   United States Attorney
2  SANDRA R. BROWN
   Assistant United States Attorney
3  Chief, Tax Division
   ROBERT F. CONTE (SBN 157582)
4  Assistant United States Attorney
      Room 7211, Federal Building
5     300 N. Los Angeles Street
      Los Angeles, California  90012
6     Telephone:  (213) 894-6607
      Facsimile:  (213) 894-0115
7        robert.conte@usdoj.gov

8  Attorneys for the United States of America,
   Petitioner
9
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV 08-3214-AHM (Ex) |
| Petitioner, | ORDER TO SHOW CAUSE |
| v. | |
| LIBERTY THYME, | |
| Respondent, | |

   Upon the Petition and supporting Memorandum of Points and Authorities and Declaration to the Petition, the Court finds that Petitioner has established its _prima facie_ case for judicial enforcement of the subject Internal Revenue Service summons. See <u>United States v. Powell</u>, 379 U.S. 48, 58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); see also, <u>Crystal v. United States</u>, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); <u>United States v. Jose</u>,

1  131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States,
2  59 F.3d 117, 119-120 (9th Cir. 1995) (the Government's prima
3  facie case is typically made through the sworn declaration of the
4  IRS agent who issued the summons); accord, United States v.
5  Gilleran, 992 F.2d 232, 233 (9th Cir. 1993).
6       Therefore, **IT IS ORDERED** that Respondent appear before this
7  District Court of the United States for the Central District of
8  California, in Courtroom No. 14,
9  ☒  United States Courthouse
   312 North Spring Street, Los Angeles, California, 90012
10
11 ☐  Roybal Federal Building and United States Courthouse
   255 E. Temple Street, Los Angeles, California, 90012
12
13 ☐  Ronald Reagan Federal Building and United States Courthouse
   411 West Fourth Street, Santa Ana, California, 92701
14
15 ☐  Brown Federal Building and United States Courthouse
   3470 Twelfth Street, Riverside, California, 92501
16
17 on July 21, 2008, at 10:00 a.m., and show cause why the testimony
18 and production of books, papers, records, and other data demanded
19 in the subject Internal Revenue Service summons should not be
20 compelled.
21      IT IS FURTHER ORDERED that copies of this Order, the
22 Petition, Memorandum of Points and Authorities, and accompanying
23 Declaration be served promptly upon Respondent by any employee of
24 the Internal Revenue Service by personal delivery or by certified
25 mail.
26      IT IS FURTHER ORDERED that within ten (10) days after
27 service upon Respondent of the herein described documents,
28 Respondent shall file and serve a written response, supported by

2

appropriate sworn statements, as well as any desired motions. If, prior to the return date of this Order, Respondent files a response with the Court stating that Respondent does not desire to oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and Respondent shall be deemed to have complied with the requirements of this Order.

IT IS FURTHER ORDERED that all motions and issues raised by the pleadings will be considered on the return date of this Order. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten (10) days after service of the herein described documents will be considered by the Court. All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

DATED: June 6, 2008

A. HOWARD MATZ
United States District Judge