O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-3214-AHM (Ex) | Date | July 21, 2008 |
|---|---|---|---|
| Title | UNITED STATES OF AMERICA v. LIBERTY THYME | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Sandy Eagle | Cindy Nirenberg | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |
| Joe Wilson, AUSA | Liberty Thyme, Pro Se | | |

**Proceedings:** **1)** ORDER TO SHOW CAUSE HEARING ON WHY TESTIMONY AND PRODUCTION OF BOOKS, RECORDS, PAPERS AND OTHER DATA DEMANDED IN THE SUBJECT INTERNAL REVENUE SERVICE SUMMONS SHOULD NOT BE COMPELLED [2];
**(2)** RESPONDENT'S MOTION TO STRIKE DECLARATION OF IRS AGENT JESS DE LEGARRET [5];
**(3)** RESPONDENT'S MOTION TO DISMISS WITH RESPONSE TO PLAINTIFF'S PETITION TO ENFORCE INTERNAL REVENUE SERVICE [6].

Cause called; appearances made. Court deems defendant's Motion to Strike [5] and Motion to Dismiss [6] as responses to the Order to Show Cause, and both motions are DENIED. The Order to Show Cause [2] is discharged.

Court orders defendant to appear for a meeting with the IRS agent in Glendale on August 19, 2008 at 10:00 a.m.; defendant shall bring books, records, and data requested in the IRS summons.

|  | : | 07 |
|---|---|---|
| Initials of Preparer | | se |